THE PEOPLE ex rel. JOHN H. ATKINSON and others, Respondents, v. GILBERT TOMPKINS, Jr., Supervisor, Appellant.

*Chap. 855 of 1869 — ordinance of supervisors affecting one town only — assent of supervisor of town.*

The provisions contained in section 2 of chapter 855 of the Laws of 1869, extending the powers of boards of supervisors, that "no special ordinance, relating to any one town or ward only, shall be operative, unless it receives the affirmative vote of the supervisor of such town," applies to the matters specified in the first section of the act, as well as to those mentioned in the second section.

Accordingly *held*, that an ordinance of the board of supervisors of Orange county, ordering the supervisor of the town of Cornwall to borrow $3,500 on the credit of that town, to build and repair roads therein, was invalid, for the reason that it had not received the affirmative vote of the supervisor of that town.

Appeal from an order made at the Special Term, awarding a writ of peremptory mandamus, directed to Gilbert Tompkins, Jr.,

commanding him forthwith to borrow, for and on the credit of the town of Cornwall, the sum of $3,500, to build and repair the roads mentioned and described in a certain certificate, as authorized and directed by a resolution of the board of supervisors of Orange county.

*D. F. & H. Gedney*, for appellant. *Eugene A. Brewster* and *John H. Bergen*, for respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order granting mandamus reversed, with costs.